UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAWNY G. LITTLE,

           Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]

           Defendant.

CASE NO. C13-1313-BAT

**ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

This Social Security disability appeal is before the Court on remand from the Ninth Circuit Court of Appeals. The Ninth Circuit issued a memorandum reversing this Court's decision affirming the Commissioner, and instructing this Court to remand the case to the Commissioner so that the ALJ can determine Ms. Little's disability anew. Dkt. 32. Accordingly, the Court **REVERSES** the Commissioner's final decision and **REMANDS** this case for further proceedings before the Commissioner. On remand, the ALJ shall reevaluate Ms. Little's claim of disability in a manner consistent with the Ninth Circuit's memorandum.

DATED this 12th day of July, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS - 1